| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lipman, Sheryl H. | 2. Court or Organization<br><br>United States District Court for the Western District of TN | 3. Date of Report<br><br>08/04/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination     Date 8/01/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>08/01/2013 |
| 7. Chambers or Office Address<br><br>201 Administration Building<br>University of Memphis<br>Memphis, TN 38112 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | University Counsel | University of Memphis |
| 2. | Counsel, Board of Directors | Memphis Child Advocacy Center |
| 3. | Director | Tennessee Shakespeare Company |
| 4. | Director | Memphis Jewish Federation |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Memphis salary | $148,765.63 |
| 2. 2012 | University of Memphis salary | $157,039.87 |
| 3. 2012 | University of Memphis Foundation-- Award | $5,000.00 |
| 4. 2013 | University of Memphis salary | $92,576.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Commerical Appeal, free lance photography |
| 2. 2012 | University of Memphis, teaching |
| 3. 2012 | Southwest Community College, teaching |
| 4. 2013 | University of Memphis, teaching |
| 5. 2013 | Southwest Community College, teaching |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navy Credit Union | Signature loan | K |
| 2. | SallieMae | Education loans | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT

Page 4 of 7

Name of Person Reporting

Lipman, Sheryl H.

Date of Report

08/04/2013

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | American Funds Capital World Growth & Income Fund | B | Dividend | K | T | Exempt | | | | |
| 2. | American Funds EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 3. | American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 4. | Federated Government Obligations Fund | | None | J | T | | | | | |
| 5. | Fidelity International Discovery Fund | A | Int./Div. | J | T | | | | | |
| 6. | ING Fixed Fund | | None | K | T | | | | | |
| 7. | iShares Barclays TIPS Bond Fund | A | Dividend | | | | | | | |
| 8. | iShares IBoxx $ Investment Grade Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 9. | iShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 10. | iShares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 11. | iShares Russell 1000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 12. | iShares Russell 1000 Value Index Fund | A | Dividend | K | T | | | | | |
| 13. | iShares Russell 2000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 14. | iShares Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 15. | iShares Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 16. | iShares Russell Midcap Value Index Fund | A | Dividend | J | T | | | | | |
| 17. | Morgan Stanley Mid Cap Growth Fund | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lipman, Sheryl H. | 08/04/2013 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period ||  C. Gross value at end of reporting period || D. Transactions during reporting period |||||
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Total Return Fund | C | Dividend | K | T | | | | | |
| 19. Princeton Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 20. SPDR Barclays Converticle Securities ETF | A | Dividend | J | T | | | | | |
| 21. SPDR Barclays High Yield Bond ETF | A | Dividend | J | T | | | | | |
| 22. SPDR Barclays International Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 23. SPDR Dow Jones REIT ETF | A | Dividend | J | T | | | | | |
| 24. JP Morgan Strategic Income Opportunities Fund Select Class | A | Dividend | J | T | | | | | |
| 25. Paragon National Bank accounts | A | Interest | J | T | | | | | |
| 26. Navy Credit Union accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipman, Sheryl H. | 08/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 7 of 7

Name of Person Reporting

Lipman, Sheryl H.

Date of Report

08/04/2013

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheryl H. Lipman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 16 | 842 | Notes payable to banks-secured (autos) | | 33 | 775 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | 26 | 155 |
| Listed securities – see schedule | | 380 | 885 | Notes payable to relatives | | 114 | 454 |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2 | 217 |
| Due from relatives and friends | | 10 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 248 | 359 |
| Real estate owned – see schedule | | 921 | 190 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 85 | 725 | Education loans | | 65 | 930 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 119 | 914 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 490 | 890 |
| | | | | Net Worth | 1 | 043 | 666 |
| Total Assets | 1 | 534 | 556 | Total liabilities and net worth | 1 | 534 | 556 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |